UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ingrid C. Massey<br><br>       Plaintiff,<br><br>v.<br><br>FCA US, LLC<br><br>       Defendant. | Case No.  1:21-cv-01392-ADA-CDB<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 11/9/2023.

November 17, 2023

KEITH HOLLAND, CLERK

By: /s/ R. Gonzalez,
Deputy Clerk