# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID C. MASSEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC.<br><br>　　　　　Defendant. | Case No. 1:21-cv-01392-NODJ-CDB<br><br>ORDER ON STIPULATION CONTINUING *NUNC PRO TUNC* FILING DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES<br><br>(Doc. 51) |

On February 17, 2021, Plaintiff Ingrid C. Massey ("Plaintiff") filed a complaint in state court against Defendant FCA US LLC. ("Defendant"). (Doc. 1). Plaintiff raised the following claims against Defendant: (1) breach of express warranty under California's Song-Beverly Act, (2) fraudulent inducement, (3) concealment, and (4) breach of the implied warranty of merchantability. *Id*. at 2. On September 16, 2021, Defendant removed the action to this Court. *Id*.

On November 9, 2023, Plaintiff filed a notice of acceptance with offer of judgment. (Doc. 9). The Court entered judgment in accordance with the notice on November 17, 2023. (Doc. 46). Thereafter, the Court directed the Clerk of Court to close this case on December 8, 2023. (Doc. 49).

Pending before the Court is the parties' stipulation to continue the filing deadline of Plaintiff's motion for attorneys' fees, costs and expenses, and to continue jurisdiction until said

motion is decided, from December 15, 2023, to January 15, 2024. *Id*. The parties request an additional 30 days beyond the deadline set forth by Local Rule 293 for the filing of Plaintiffs' motion for fees and costs "in an attempt to resolve the issue of Plaintiffs' fees and costs without burdening the Court." *Id*.

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. The filing deadline for any motion by Plaintiffs for attorneys' fees, costs, and expenses is extended to January 15, 2024; and
2. The Court shall retain jurisdiction over this action through and including resolution of any motion timely filed by Plaintiffs to recover fees, costs, and expenses.

IT IS SO ORDERED.

Dated: __**December 21, 2023**__      _____
                                       UNITED STATES MAGISTRATE JUDGE