UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID MASSEY,<br><br>             Plaintiff,<br><br>    v.<br><br>FCA US, LLC,<br><br>             Defendant. | No.  1:21-cv-01392-KES-CDB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL<br><br>(Doc. 55, 56) |

## **ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL**

Upon the Request of the Plaintiff to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Plaintiff's pending [55] motion is denied as moot.

The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated:    August 26, 2024                              _____
                                                           UNITED STATES DISTRICT JUDGE

1